

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00414-CV

Carol **TINDELL**,
Appellant

v.

Earl **HILDEBRANDT**,
Appellee

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 21-2401-CV-E
Honorable Heather H. Wright, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of this appeal are assessed against appellant Carol Tindell. *See* TEX. R. APP. P. 43.4.

SIGNED April 9, 2025.

_____
Rebeca C. Martinez, Chief Justice